September 25, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

FALCON CREST AVIATION SUPPLY, INC., Appellant

NO. 14-11-00789-CV                      V.

JET MANAGEMENT, LLC, MIKE HANZEL, W.C.S. ONE, LLC AND HOSSEIN TARAGHI, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Jet Management, LLC, Mike Hanzel, W.C.S. One, LLC and Hossein Taraghi, signed, June 13, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Falcon Crest Aviation Supply, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.